UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO VIBANCO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SHAWN HATTON,<br><br>　　　　　Respondent. | Case No.   1:17-cv-00926-AWI-HBK (HC)<br><br>**ORDER VACATING ORDER AND JUDGMENT AND REOPENING CASE**<br><br>**(Doc. Nos. 35, 36)**<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME**<br><br>**(Doc. No. 37)** |

　　　　Petitioner Orlando Vibanco is a state prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. No. 15.)  On August 28, 2020, the Magistrate Judge assigned to the case issued Findings and Recommendations to deny the petition.  (Doc. No. 28.)  These Findings and Recommendations were served upon all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  Petitioner was granted two extensions of time to file his objections, resulting in a filing deadline of November 30, 2020.  (Doc Nos. 31, 33.)  On December 3, 2020, the Court adopted the findings and recommendations in full.  (Doc. No. 35.)  On December 4, 2020, the order adopting the findings and recommendations and the judgment closing the case were docketed.  (Doc. No. 35, 36.)  On the same

day, December 4, 2020, petitioner's motion for an additional extension of time to file objections to the findings and recommendations was docketed. (Doc. No. 37.) Petitioner requests a further extension of time claiming mental health issues and law library restrictions caused by COVID-19 prevented him from timely filing his objections. (Id. at 2-3.) Petitioner certifies he delivered his motion to prison staff for mailing on November 25, 2020. (Id. at 5).

According the Rules Governing Section 2254 Cases, a "paper filed by an inmate confined in an institution is timely if deposited in the institution's internal mailing system on or before the last day for filing." R. Governing Section 2254 Cases 3(d). The court deems petitioner's motion for an extension of time to be filed on November 25, 2020, five days before his objections to the findings and recommendations were due. Under these circumstances, it is appropriate to vacate the judgment and reopen the case in order to give petitioner the opportunity to file his objections to the findings and recommendations. The Court will grant petitioner an additional thirty days to file his objections to the findings and recommendations.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The Order Adopting the Findings and Recommendations (Doc. No. 35) is VACATED;
2. The judgment entered on December 4, 2020 (Doc. No. 36) is VACATED and this case is REOPENED; and
3. Petitioner's motion for an extension of time (Doc. No. 37) is GRANTED. Petitioner may file objections to the Magistrate Judge's August 28, 2020 Findings and Recommendations (Doc. No. 28) no later than February 1, 2021.

IT IS SO ORDERED.

Dated:   January 15, 2021

SENIOR DISTRICT JUDGE